RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 02-10-09

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| JUDITH THOMAS | * | CIVIL ACTION NO. 08-0863 |
| VERSUS | * | JUDGE MELANÇON |
| CALCASIEU PARISH PUBLIC LIBRARY, ET AL | * | MAGISTRATE JUDGE HILL |

## JUDGMENT

The motion to dismiss [rec. doc. 10] was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Amended Report and Recommendation of the Magistrate Judge [rec. doc. 17] is correct and adopts the findings and conclusions therein as its own.

Accordingly, **IT IS THEREFORE ORDERED** that the motion be DENIED.

Lafayette, Louisiana, this 6th day of Febuary, 2009.

Tucker L. Melançon
United States District Judge